# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS C. NELSON & SONS, INC., | CASE NO. 1:04-CV-05577-REC-SMS-P |
| Plaintiff, | ORDER ADDRESSING TIMING OF HEARING ON PENDING MOTION TO COMPEL DEPOSITION TESTIMONY |
| v. | |
| COUNTY OF FRESNO, | (Doc. 39) |
| Defendant. | |

On July 22, 2005, Defendant County of Fresno ("Defendant") filed a motion to compel deposition testimony. (Doc. 39.) This order issues in response to Defendant's telephone inquiry into the calendaring of a hearing on its motion.

Absent (1) a stipulation between the parties to shorten time or (2) an order to shorten time made by the Court in response to properly noticed motion, Local Rule 6-144, the motion shall be calendared in accordance with Local Rule 78-230(a). Unless by stipulation or order this matter is heard by the undersigned on or before July 29, 2005, the pending motion to compel shall be calendared by Defendant before Magistrate Judge Sandra M. Snyder, to whom this case has been referred.[1]

IT IS SO ORDERED.

**Dated:   July 26, 2005**          /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Magistrate Judge Snyder is unavailable the week of July 25, 2005.