UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS C. NELSON AND SONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF FRESNO, <br><br> Defendant. | OLD CASE NUMBER: 1: 04-CV-5577 REC SMS <br><br> **NEW CASE NUMBER:** <br> **1: 04-CV-5577 REC DLB** <br><br> ORDER RECUSING MAGISTRATE JUDGE AND REASSIGNING CASE TO MAGISTRATE JUDGE DENNIS L. BECK <br><br> ORDER RESETTING TIME OF HEARING ON MOTIONS TO COMPEL (DOCS. 39, 40) <br><br> **DATE OF HEARING: AUGUST 12, 2005** <br> **COURTROOM: 5** <br> **TIME: 9:00 A.M.** |

Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

I. <u>Recusal of the Magistrate Judge</u>

It appears to the undersigned, the Magistrate Judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter.

IT IS THEREFORE ORDERED that:

1. The undersigned recuses herself as the Magistrate Judge

1

to whom this case is assigned;

2. This case be reassigned to the docket of Magistrate Judge Dennis L. Beck, and that all future pleadings and/or correspondence be hereinafter numbered as:

**1:04-CV-5577-REC-DLB**

Counsel are advised that use of an incorrect case number, including the judges' initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer; and,

3. The hearing on the discovery motions currently set for August 12, 2005, at 9:30 a.m. in Courtroom No. 4 before Magistrate Judge Snyder, will be held on the same date, August 12, 2005, but instead shall be held at 9:00 a.m. in Courtroom No. 5 before Magistrate Judge Beck.

IT IS SO ORDERED.

**Dated:  August 2, 2005**          /s/ Sandra M. Snyder
icido3                             UNITED STATES MAGISTRATE JUDGE

2