1  Robert L. Leslie, #61872
   Alexander Bannon, # 109249
2  McInerney & Dillon PC
   1 Kaiser Plaza, Suite 1860
3  Oakland, California, 94612
   Telephone: 510-4654-7100
4  Facsimile: 510-465-8556

5  Attorneys for plaintiff
   Lewis C. Nelson and Sons, Inc.
6
   Marshall C. Whitney, # 082952                    (SPACE BELOW FOR FILING STAMP ONLY)
7  Stephen E. Carroll, #
   William H. Littlewood, # 202877
8  McCormick, Barstow, Sheppard
   Wayte & Carruth LLP
9  P.O. Box 28912
   5 River Park Place East
10 Fresno, CA  93720-1501
   Telephone:    (559) 433-1300
11 Facsimile:     (559) 433-2300

12 Attorneys for Defendant
   County of Fresno
13
                   UNITED STATES DISTRICT COURT
14
                        EASTERN DISTRICT
15

16
   Lewis C. Nelson & Sons, Inc.,              Case No.  1: 04 CV 5577 REC DLB
17
                  Plaintiff,                  **STIPULATION and ORDER RE:
18                                            CONTINUED HEARING DATE FOR
          v.                                  PLAINTIFF'S MOTION TO COMPEL**
19
   County of Fresno,                          Date:    August 10, 2005
20                                            Time:    8:30 a.m.
                  Defendant.                  Judge:   Hon. Dennis L. Beckl
21

22

23

24       Plaintiff Lewis C. Nelson & Sons, Inc. and Defendant County of Fresno (collectively the

25 "Parties"), stipulate to continue the hearing date on plaintiff's motion to compel from Friday,

26

27

28
   ─────────────────────────────────────────────────
              STIPULATION RE: ORDER AND SCHEDULING OF DEPOSITIONS
                          CIV-F-04-5577 REC SMS

August 12, 2005 at 9:00 a.m. to Friday, August 19, 2005 at 9:00 a.m.

  It is so stipulated.

Dated:  August _____, 2005

                McINERNEY & DILLON, P.C.


            By:_____/s/ Alexander Bannon_____
                Robert L. Leslie
                Alexander Bannon
                Attorneys for Plaintiff
                Lewis C. Nelson And Sons, Inc.


Dated:  August _____, 2005

                McCORMICK, BARSTOW, SHEPPARD
                WAYTE & CARRUTH LLP


            By:_____/s/ William H. Littlewood_
              William H. Littlewood
              Attorneys for Defendant
              County of Fresno

## **ORDER**

  Upon reviewing the STIPULATION RE: ORDER entered into by and between Plaintiff Lewis C. Nelson & Sons, Inc. and Defendant County of Fresno, and good cause appearing therefore, it is hereby ORDERED that the hearing on Lewis C. Nelson and Sons, Inc.'s motion to compel production of documents be continued from August 12, 2005 to August 19, 2005 at 9:00 a.m.

  IT IS SO ORDERED


Dated:  August 15, 2005           _____/s/ Dennis L. Beck_____
                     Dennis L. Beck
                     U.S. Magistrate Judge

849638.v1

2
STIPULATION RE: ORDER AND SCHEDULING OF DEPOSITIONS
CIV-F-04-5577 REC SMS

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501