| | |
|---|---|
| Marshall C. Whitney, # 082952<br>Stephen E. Carroll, #116333<br>William H. Littlewood, # 202877<br>McCormick, Barstow, Sheppard<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:     (559) 433-1300<br>Facsimile:      (559) 433-2300<br><br>Attorneys for Defendant<br>County of Fresno | (SPACE BELOW FOR FILING STAMP ONLY) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| Lewis C. Nelson & Sons, Inc.,<br><br>              Plaintiff,<br><br>     v.<br><br>County of Fresno,<br><br>              Defendant. | Case No.  CIV-F-04-5577 REC SMS<br><br>**ORDER ON STIPULATION RE SCHEDULING OF DEPOSITIONS** |

Upon reviewing the STIPULATION RE: ORDER AND SCHEDULING OF DEPOSITIONS entered into by and between Plaintiff Lewis C. Nelson & Sons, Inc. and Defendant County of Fresno, and good cause appearing therefore, it is hereby ORDERED as follows:

1. The deposition schedule stipulated to by the Parties is hereby confirmed and the witnesses, parties and counsel are hereby ORDERED to appear at the depositions in accordance with said schedule;

2. The Parties are hereby ORDERED to submit all future disputes relating to the scheduling and/or failure to appear by any witness, party or counsel pursuant to the ordered deposition schedule, if any there be following efforts to meet and confer on the particular issue, to

PDF created with pdfFactory trial version www.pdffactory.com

1  the U.S. Magistrate Judge assigned to this matter via telephonic conference.

2      3.    It is hereby ORDERED that the discovery cutoff in the above-captioned matter is
3  extended from August 18, 2005 to August 29, 2005 in order to allow the above-referenced
4  depositions to be completed.

5      4.    It is hereby further ORDERED that the discovery cutoff in the above-captioned
6  matter is extended from August 18, 2005 to September 15, 2005 for the sole purpose of allowing
7  the depositions of third parties Harris Construction Co. and Clark Construction Co. to be
8  completed.

Dated:  8/17/2005                             /s/ Sandra M. Snyder
                                                     Judge Sandra M. Snyder, United
                                                      States Magistrate Judge

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

2
ORDER ON STIPULATION RE SCHEDULING OF DEPOSITIONS
CIV-F-04-5577 REC SMS

PDF created with pdfFactory trial version www.pdffactory.com