| | |
|---|---|
| Robert L. Leslie, #61872 | |
| Alexander Bannon, # 109249 | |
| McInerney & Dillon PC | |
| 1 Kaiser Plaza, Suite 1860 | |
| Oakland, California, 94612 | |
| Telephone: 510-4654-7100 | |
| Facsimile: 510-465-8556 | |
| | |
| Attorneys for plaintiff | |
| Lewis C. Nelson and Sons, Inc. | |
| | |
| Marshall C. Whitney, # 082952 | (SPACE BELOW FOR FILING STAMP ONLY) |
| Stephen E. Carroll, # | |
| William H. Littlewood, # 202877 | |
| McCormick, Barstow, Sheppard | |
| Wayte & Carruth LLP | |
| P.O. Box 28912 | |
| 5 River Park Place East | |
| Fresno, CA 93720-1501 | |
| Telephone:    (559) 433-1300 | |
| Facsimile:    (559) 433-2300 | |
| | |
| Attorneys for Defendant | |
| County of Fresno | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| Lewis C. Nelson & Sons, Inc., | Case No. 1: 04 CV 5577 REC DLB |
| Plaintiff, | **ORDER RE: CONTINUED HEARING DATE FOR PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| County of Fresno, | |
| Defendant. | |

Upon reviewing the STIPULATION RE: ORDER entered into by and between Plaintiff Lewis C. Nelson & Sons, Inc. and Defendant County of Fresno, and good cause appearing therefore, it is hereby ORDERED that the hearing on Lewis C. Nelson and Sons, Inc.'s motion to

///

///

1  compel production of documents be continued from August 19, 2005 to August 26, 2005 at 9:00
2  a.m.
3     IT IS SO ORDERED
4
5  Dated: August 17, 2005                    _____/s/ Dennis L. Beck_____
                                              Dennis L. Beck
                                              U.S. Magistrate Judge

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2
[PROPOSED] ORDER RE STIPULATION TO CONTINUE HEARING RE MOTION TO COMPEL
CIV-F-04-5577 REC SMS