Robert L. Leslie, #61872
Alexander Bannon, # 109249
McInerney & Dillon PC
1 Kaiser Plaza, Suite 1860
Oakland, California, 94612
Telephone: (510) 4654-7100
Facsimile: (510) 465-8556

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
Lewis C. Nelson and Sons, Inc.

Marshall C. Whitney, #082952
Stephen E. Carroll, #116333
William H. Littlewood, # 202877
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East+
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Defendant
County of Fresno

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| Lewis C. Nelson & Sons, Inc.,<br><br>                      Plaintiff,<br><br>           v.<br><br>County of Fresno,<br><br>                      Defendant. | Case No.  1: 04 CV 5577 REC DLB<br><br>**ORDER RE STIPULATION TO CONTINUE PRE-TRIAL AND TRIAL DATES** |

Upon reviewing the STIPULATION entered into by and between Plaintiff Lewis C. Nelson & Sons, Inc. and Defendant County of Fresno, and good cause appearing therefore, it is hereby ORDERED that the pre-trial and trial dates be continued as follows:

1.     Instead of August 19, 2005, the parties are ordered to complete all discovery pertaining to non-experts on or before December 30, 2005;

2. Instead of September 9, 2005, the parties are ordered to complete discovery pertaining to experts to January 20, 2006;

3. Instead of disclosing expert witnesses in writing on or before August 19, 2005, and to supplement expert witnesses, in writing, on or before September 2, 2005, the parties are ordered to disclose experts in writing on or before December 16, 2005 and to supplement expert witnesses on or before December 30, 2005;

4. Instead of September 9, 2005, all non-dispositive pre-trial motions, including any discovery motions shall be filed on or before December 30, 2005;

5. Instead of September 19, 2005, all dispositive pre-trial motions shall be filed on or before January 27, 2006.

6. Instead of November 29, 2005, the pretrial conference shall be held before the Honorable Dennis L. Beck on April 7, 2006 at 1:30 p.m.;

7. Instead of January 10, 2006, the trial date shall be May 15, 2006.

8. Instead of October 4, 2005, the settlement conference shall be held before the Honorable Dennis L. Beckon February 6, 2006, at 10:00 a.m.

Dated: August 23, 2005                    **/s/ Dennis L. Beck**
                                          Dennis L. Beck
                                          United States Magistrate Judge