1  Robert L. Leslie # 61872
   Alexander Bannon # 109249
2  McInerney & Dillon PC
   1 Kaiser Plaza, Suite 1850
3  Oakland, California, 94612
   Telephone: 510-465-7100
4  Facsimile: 510-465-8556

5  Attorneys for Plaintiff
   Lewis C. Nelson and Sons, Inc.

6
   Marshall C. Whitney, # 082952          (SPACE BELOW FOR FILING STAMP ONLY)
7  Stephen E. Carroll, # 116333
   William H. Littlewood, # 202877
8  McCormick, Barstow, Sheppard
   Wayte & Carruth LLP
9  P.O. Box 28912
   5 River Park Place East
10 Fresno, CA  93720-1501
   Telephone:    (559) 433-1300
11 Facsimile:    (559) 433-2300

12 Attorneys for Defendant
   COUNTY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| LEWIS C. NELSON AND SONS, INC., | Case No.  1: 04 CV 5577 REC DLB |
| Plaintiff, | **STIPULATION RE: RESOLUTION OF DISCOVERY DISAGREEMENT and ORDER THEREON** |
| v. | |
| COUNTY OF FRESNO, | |
| Defendant. | |

856199.v1

STIPULATION RE: RESOLUTION OF DISCOVERY DISAGREEMENT

Plaintiff, Lewis C. Nelson and Sons, Inc. ("LCN") and Defendant County of Fresno (County), hereby submit this Stipulation Re: Resolution of Discovery Disagreement; Order Thereon, in connection with LCN's Motion to Compel the Production of Documents, currently set to be heard before this Court on Friday August 19, 2005. The Parties' resolution as to each of the categories is set forth in order below, and identified by the category and the corresponding request in dispute.

**REQUEST FOR PRODUCTION NO. 1:**

The documents and categories of documents identified in defendant County of Fresno's Rule 26(a) Initial Disclosure.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 1:**

In addition to the documents already produced, the County agrees to produce any and all staff analyses (also known as staff recommendations), including drafts thereof, and e-mails and correspondence relating to the same, to the extent such documents are located following a reasonable and diligent search consistent with the requirements of Rule 26, and to the further extent that such documents are not subject to the attorney-client privilege and/or work product doctrine. To the extent the documents referenced above cannot be located following the requisite good faith search, the County will provide a supplemental response to Plaintiff's Request for Production of Documents (Set One) indicating as such consistent with the requirements of Rule 26. To the extent any documents are responsive to this request are subject to the attorney-client privilege and/or work product doctrine, a privilege log consistent with the requirements of Rule 26 will be provided to Plaintiff.[1]

**REQUEST FOR PRODUCTION NO. 2:**

All bids received since January 1, 1998 by defendant County of Fresno for construction contracts.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 2:**

In addition to the documents already produced, the County agrees to produce the three

---

[1] A stipulation as to the timing of the production of both the documents and a privilege log are addressed globally below.

856199.v1                                2

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION RE: RESOLUTION OF DISCOVERY DISAGREEMENT

apparent low bids on each public construction project (including projects run by the Department of Public Works and the County Administrative Office, General Services Division [formerly known as the Department of General Services]) for the time period January 1, 1998 to present. Subject to this agreed limitation, all responsive documents will be produced to the extent such documents are located following a reasonable and diligent search consistent with the requirements of Rule 26, and to the further extent that such documents are not subject to the attorney-client privilege and/or work product. To the extent the documents referenced above cannot be located following the requisite good faith search, the County will provide a supplemental response to Plaintiff's Request for Production of Documents (Set One) indicating as such consistent with the requirements of Rule 26. To the extent any documents are responsive to this request are subject to the attorney-client privilege and/or work product doctrine, a privilege log consistent with the requirements of Rule 26 will be provided to Plaintiff.

**REQUEST FOR PRODUCTION NO. 3:**

All indexes of invitations to bid by the County of Fresno for invitation to bid since January 1, 1998 for construction contracts.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 3:**

The County does not believe any document fitting the description contained in Category 3 exist. To the extent the documents referenced above cannot be located following an additional good faith search, the County will provide a supplemental response to Plaintiff's Request for Production of Documents (Set One) indicating as such consistent with the requirements of Rule 26. Should any such non-privileged document responsive to this request, the County agrees to produce the same.

**REQUEST FOR PRODUCTION NO. 4:**

All indexes of bids received by the County of Fresno since January 1, 1998 for construction contracts.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 4:**

The Resolution of Disagreement re Request for Production No. 3 is incorporated herein by reference.

**REQUEST FOR PRODUCTION NO. 5:**

All recommendations for award of construction contracts to or for the Board of Supervisors of Fresno County since January 1, 1998 for construction contracts.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 5:**

Subject to the agreed limitations set forth in connection with Resolution of Disagreement Re Request for Production No. 2, the County will produce all documents responsive to this Request. Subject to this agreed limitation, all responsive documents will be produced to the extent such documents are located following a reasonable and diligent search consistent with the requirements of Rule 26, and to the further extent that such documents are not subject to the attorney-client privilege and/or work product. To the extent the documents referenced above cannot be located following the requisite good faith search, the County will provide a supplemental response to Plaintiff's Request for Production of Documents (Set One) indicating as such consistent with the requirements of Rule 26. To the extent any documents responsive to this request are subject to the attorney-client privilege and/or work product doctrine, a privilege log consistent with the requirements of Rule 26 will be provided to Plaintiff.

**REQUEST FOR PRODUCTION NO. 6:**

All bid spread sheets for County of Fresno construction contracts since January 1, 1998.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 6:**

Subject to the agreed limitations set forth in connection with Resolution of Disagreement Re Request for Production No. 2, the County will produce all documents responsive to this Request. Subject to this agreed limitation, all responsive documents will be produced to the extent such documents are located following a reasonable and diligent search consistent with the requirements of Rule 26, and to the further extent that such documents are not subject to the attorney-client privilege and/or work product. To the extent the documents referenced above cannot be located following the requisite good faith search, the County will provide a supplemental response to Plaintiff's Request for Production of Documents (Set One) indicating as such consistent with the requirements of Rule 26. To the extent any documents responsive to this request are subject to the attorney-client privilege and/or work product doctrine, a privilege log

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

856199.v1

4

STIPULATION RE: RESOLUTION OF DISCOVERY DISAGREEMENT

1  consistent with the requirements of Rule 26 will be provided to Plaintiff.

2  **REQUEST FOR PRODUCTION NO. 7:**

3  All construction contract awards by the County of Fresno since January 1, 1998.

4  **RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 7:**

5  Subject to the agreed limitations set forth in connection with Resolution of Disagreement
6  Re Request for Production No. 2, the County will produce all documents responsive to this
7  Request. Subject to this agreed limitation, all responsive documents will be produced to the
8  extent such documents are located following a reasonable and diligent search consistent with the
9  requirements of Rule 26, and to the further extent that such documents are not subject to the
10 attorney-client privilege and/or work product. To the extent the documents referenced above
11 cannot be located following the requisite good faith search, the County will provide a
12 supplemental response to Plaintiff's Request for Production of Documents (Set One) indicating as
13 such consistent with the requirements of Rule 26. To the extent any documents responsive to this
14 request are subject to the attorney-client privilege and/or work product doctrine, a privilege log
15 consistent with the requirements of Rule 26 will be provided to Plaintiff.

16 **REQUEST FOR PRODUCTION NO. 8:**

17 All protests of award of any County of Fresno construction contracts since January 1,
18 1998.

19 **RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 8:**

20 Subject to the agreed limitations set forth in connection with Resolution of Disagreement
21 Re Request for Production No. 2, the County will produce all documents responsive to this
22 Request. Subject to this agreed limitation, all responsive documents will be produced to the
23 extent such documents are located following a reasonable and diligent search consistent with the
24 requirements of Rule 26, and to the further extent that such documents are not subject to the
25 attorney-client privilege and/or work product. To the extent the documents referenced above
26 cannot be located following the requisite good faith search, the County will provide a
27 supplemental response to Plaintiff's Request for Production of Documents (Set One) indicating as
28 such consistent with the requirements of Rule 26. To the extent any documents responsive to this

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

856199.v1                                          5

STIPULATION RE: RESOLUTION OF DISCOVERY DISAGREEMENT

request are subject to the attorney-client privilege and/or work product doctrine, a privilege log consistent with the requirements of Rule 26 will be provided to Plaintiff.

**REQUEST FOR PRODUCTION NO. 9:**

All correspondence, analysis, comments, reviews, and communications about any protest of award of any County of Fresno construction contract since January 1, 1998.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 9:**

The County agrees to produce non-privileged documents responsive to this request to the extent such documents are maintained together with, or in the same location as, any protests that may be produced pursuant to Category No. 8. Subject to this agreed limitation, all responsive documents will be produced to the extent such documents are located following a reasonable and diligent search consistent with the requirements of Rule 26, and to the further extent that such documents are not subject to the attorney-client privilege and/or work product. To the extent the documents referenced above cannot be located following the requisite good faith search, the County will provide a supplemental response to Plaintiff's Request for Production of Documents (Set One) indicating as such consistent with the requirements of Rule 26. To the extent any documents responsive to this request are subject to the attorney-client privilege and/or work product doctrine, a privilege log consistent with the requirements of Rule 26 will be provided to Plaintiff.

**REQUEST FOR PRODUCTION NO. 10:**

All analysis, comments, opinions, and recommendations as to whether any bid for a construction contract since January 1, 1998, complied or did not comply with subcontractor listing requirements of California Public Contract Code Section 4104.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 10:**

The County agrees to produce non-privileged documents responsive to this request to the extent such documents are maintained together with, or in the same location, as any protests that may be produced. Subject to this agreed limitation, all responsive documents will be produced to the extent such documents are located following a reasonable and diligent search consistent with the requirements of Rule 26, and to the further extent that such documents are not subject to the

1  attorney-client privilege and/or work product. To the extent the documents referenced above
2  cannot be located following the requisite good faith search, the County will provide a
3  supplemental response to Plaintiff's Request for Production of Documents (Set One) indicating as
4  such consistent with the requirements of Rule 26. To the extent any documents responsive to this
5  request are subject to the attorney-client privilege and/or work product doctrine, a privilege log
6  consistent with the requirements of Rule 26 will be provided to Plaintiff.

**REQUEST FOR PRODUCTION NO. 11:**

All bids rejected by the County of Fresno since January 1, 1998 for failure to comply with the subcontractor listing requirements of California Public Contract Code Section 4104.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 11:**

In addition to the documents already produced, the County will produce any further documents responsive to this request to the extent such documents are located following a reasonable and diligent search consistent with the requirements of Rule 26, and to the further extent that such documents are not subject to the attorney-client privilege and/or work product. To the extent the documents referenced above cannot be located following the requisite good faith search, the County will provide a supplemental response to Plaintiff's Request for Production of Documents (Set One) indicating as such consistent with the requirements of Rule 26. To the extent any documents responsive to this request are subject to the attorney-client privilege and/or work product doctrine, a privilege log consistent with the requirements of Rule 26 will be provided to Plaintiff.

**REQUEST FOR PRODUCTION NO. 12:**

All letters, memos, emails, manuals, guides, books, policies, procedures, regulations, rules, ordinances, comments, or other documents, interpreting, implementing, discussion, explaining, analyzing or commenting upon the subcontractor listing requirements of California Public Contract Code Section 4104. (Note: This request does not include published case reports or published legal treatises.)

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 12:**

The County will produce any documents responsive to this request to the extent such

documents are located following a reasonable and diligent search consistent with the requirements of Rule 26, and to the further extent that such documents are not subject to the attorney-client privilege and/or work product. To the extent the documents referenced above cannot be located following the requisite good faith search, the County will provide a supplemental response to Plaintiff's Request for Production of Documents (Set One) indicating as such consistent with the requirements of Rule 26. To the extent any documents responsive to this request are subject to the attorney-client privilege and/or work product doctrine, a privilege log consistent with the requirements of Rule 26 will be provided to Plaintiff.

**REQUEST FOR PRODUCTION NO. 13:**

All supplemental information on subcontractors required to be listed, submitted by bidder within 24 hours after the deadline for receipt of bids since January 1, 1998 pursuant to a requirement in the County's invitation for bid.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 13:**

In addition to the documents already produced and subject to the agreed limitations set forth in Resolution of Disagreement Re Request for Production No. 2, the County will produce any further documents responsive to this request to the extent such documents are located following a reasonable and diligent search consistent with the requirements of Rule 26, and to the further extent that such documents are not subject to the attorney-client privilege and/or work product doctrine. To the extent the documents referenced above cannot be located following the requisite good faith search, the County will provide a supplemental response to Plaintiff's Request for Production of Documents (Set One) indicating as such consistent with the requirements of Rule 26. To the extent any documents responsive to this request are subject to the attorney-client privilege and/or work product doctrine, a privilege log consistent with the requirements of Rule 26 will be provided to Plaintiff.

**REQUEST FOR PRODUCTION NO. 14:**

All bids rejected by the County of Fresno since January 1, 1998 by reason of a failure to submit within 24-hours after the deadline to receive bids by California Public Contract Code Section 4104 supplemental information on subcontract or required to be listed.

856199.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

8

STIPULATION RE: RESOLUTION OF DISCOVERY DISAGREEMENT

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 14:**

The County does not believe any document fitting the description contained in Category 14 exists. To the extent the documents referenced above cannot be located following an additional good faith search, the County will provide a supplemental response to Plaintiff's Request for Production of Documents (Set One) indicating as such consistent with the requirements of Rule 26. Should any such non-privileged document(s) responsive to this request exist, the County agrees to produce the same.

**REQUEST FOR PRODUCTION NO. 15:**

All analysis, comments, opinions, reviews, and recommendations as to whether any bid for a construction contract since January 1, 1998, complied or did not comply with a requirement in the invitation to bid to provide, supplemental information about subcontractors required to be listed by California Public Contract Code Section 4104.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 15:**

Other than documents already produced to date, the County does not believe any additional document fitting the description contained in Category 15 exists. To the extent the documents referenced above cannot be located following an additional good faith search, the County will provide a supplemental response to Plaintiff's Request for Production of Documents (Set One) indicating as such consistent with the requirements of Rule 26. Should any such non-privileged document(s) responsive to this request exist, the County agrees to produce the same.

**REQUEST FOR PRODUCTION NO. 16:**

All letters, memos, emails, manuals, guides, books, policies, procedures, regulations, rules, comments, or other documents, interpreting, implementing, discussion, explaining, analyzing or commenting upon the requirement to provide supplemental information on subcontractors required to be listed by California Public Contract Code Section 4104.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 16:**

Other than documents already produced to date, the County does not believe any additional document fitting the description contained in Category 16 exists. To the extent the documents referenced above cannot be located following an additional good faith search, the

County will provide a supplemental response to Plaintiff's Request for Production of Documents (Set One) indicating as such consistent with the requirements of Rule 26. Should any such non-privileged document(s) responsive to this request exist, the County agrees to produce the same.

**REQUEST FOR PRODUCTION NO. 17:**

All memorandums, guidelines, manuals, handbooks, rules, recommendations and other writings by the County of Fresno in the preparation of bidding documents or the consideration of award of contracts, in effect or used since January 1, 1998.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 17:**

The County believes that the only documents responsive to this request are the bidder's checklists and contract administrator's check lists. The County will produce all documents responsive to this request to the extent such documents are located following a reasonable and diligent search consistent with the requirements of Rule 26, and to the further extent that such documents are not subject to the attorney-client privilege and/or work product doctrine. To the extent the documents referenced above cannot be located following the requisite good faith search, the County will provide a supplemental response to Plaintiff's Request for Production of Documents (Set One) indicating as such consistent with the requirements of Rule 26. To the extent any documents are responsive to this request are subject to the attorney-client privilege and/or work product doctrine, a privilege log consistent with the requirements of Rule 26 will be provided to Plaintiff.

**REQUEST FOR PRODUCTION NO. 18:**

All analysis, comments, opinions, reviews or recommendations or other documents regarding any of the bids, related documents for the construction of the County of Fresno's Juvenile Justice Campus, Bid Package 1.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 18:**

Resolution of Disagreement Re Request for Production No. 1 is incorporated herein by this reference.

**REQUEST FOR PRODUCTION NO. 19:**

All analysis, comments, opinions, reviews or recommendations or other document about

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

856199.v1    10

STIPULATION RE: RESOLUTION OF DISCOVERY DISAGREEMENT

any of the bids, or related bid documents, or the invitation to bid documents for the construction of the County of Fresno's Juvenile Justice Campus, Bid Package 2.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 19:**

Resolution of Disagreement Re Request for Production No. 1 is incorporated herein by this reference.

**REQUEST FOR PRODUCTION NO. 20:**

The documents showing all cost increases and the final cost to the County of Fresno for the Contract with Harris Construction Company, Inc. for the County of Fresno's Juvenile Justice Campus, Bid Package 1.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 20:**

The County agrees to produce all approved change orders relating to County of Fresno's Juvenile Justice Campus, Bid Package 1.  As the project is continuing, the Parties agree that the County shall produce any change orders approved subsequent to the production made pursuant to this stipulation, which agreement is consistent with the County's continuing discovery obligation under the Federal Rules of Civil Procedure.

**REQUEST FOR PRODUCTION NO. 21:**

The documents showing all cost increases and the final cost to the County of Fresno for the contract the County awarded to the Clark Construction Group, Inc. for the County of Fresno's Juvenile Justice Campus, Bid Package 2.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 21:**

The County agrees to produce all approved change orders relating to County of Fresno's Juvenile Justice Campus, Bid Package 2.  As the project is continuing, the Parties agree that the County shall produce any change orders approved subsequent to the production made pursuant to this stipulation, which obligation is consistent with the County's continuing discovery obligation under the Federal Rules of Civil Procedure.

**REQUEST FOR PRODUCTION NO. 22:**

All bids, supplementary information and other documents from bidders on the County of Fresno's Juvenile Justice Campus, Bid Package 1.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 22:**

The County believes that all non-privileged documents responsive to this request have been produced. The County has agreed, however, to conduct a further good faith search consistent with the requirements of Rule 26 to confirm this belief. To the extent additional non-privileged documents responsive to this request are located, they will be produced by the County. The County will supplement its response to this Request to confirm that all documents responsive to this request have been produced, consistent with the requirements of Rule 26.

**REQUEST FOR PRODUCTION NO. 23:**

All communication regarding the award of, or the rejection or possible rejection of any bids of the County of Fresno's Juvenile Justice Campus, Bid Package 1.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 23:**

The County believes that all non-privileged documents responsive to this request have been produced. The County has agreed, however, to conduct a further good faith search consistent with the requirements of Rule 26 to confirm this belief. To the extent additional non-privileged documents responsive to this request are located, they will be produced by the County. The County will supplement its response to this Request to confirm that all documents responsive to this request have been produced, consistent with the requirements of Rule 26.

**REQUEST FOR PRODUCTION NO. 24:**

All bids, supplementary information and other documents from bidders on the County of Fresno's Juvenile Justice Campus, Bid Package 2.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 24:**

The County believes that all non-privileged documents responsive to this request have been produced. The County has agreed, however, to conduct a further good faith search consistent with the requirements of Rule 26 to confirm this belief. To the extent additional non-privileged documents responsive to this request are located, they will be produced by the County. The County will supplement its response to this Request to confirm that all documents responsive to this request have been produced, consistent with the requirements of Rule 26.

**REQUEST FOR PRODUCTION NO. 25:**

All communication regarding the award of, or the rejection of, or the possible rejection of any bids on the County of Fresno's Juvenile Justice Campus, Bid Package 2.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 25:**

The County believes that all non-privileged documents responsive to this request have been produced. The County has agreed, however, to conduct a further good faith search consistent with the requirements of Rule 26 to confirm this belief. To the extent additional non-privileged documents responsive to this request are located, they will be produced by the County. The County will supplement its response to this Request to confirm that all documents responsive to this request have been produced, consistent with the requirements of Rule 26.

**REQUEST FOR PRODUCTION NO. 26:**

All memorandums, email, letters and other documents which contain a reference to Lewis C. Nelson and Sons, Inc. or, Dwight Nelson.

**RESOLUTION OF DISAGREEMENT RE REQUEST FOR PRODUCTION NO. 26:**

The County believes that all non-privileged documents responsive to this request have been produced. The County has agreed, however, to conduct a further good faith search consistent with the requirements of Rule 26 to confirm this belief. To the extent additional non-privileged documents responsive to this request are located, they will be produced by the County. The County will supplement its response to this Request to confirm that all documents responsive to this request have been produced, consistent with the requirements of Rule 26.

**STIPULATION RE TIMING OF PRODUCTION OF DOCUMENTS**

The parties further stipulate and agree that the County shall begin production of, or otherwise make available for inspection and copying, the documents agreed to be produced on or before Friday September 2, 2005. In light of exigent circumstances discussed among the Parties counsel, the County shall have up to and until Friday September 9, 2005 to complete the production or otherwise make all documents agreed to be produced available for inspection and copying.

It is further stipulated and agreed that the County will serve via mail its supplemental

response to LCN's Request for Production of Documents (Set One) on or before Friday September 9, 2005. It is further stipulated and agreed that the County will serve its privilege log via mail on or before September 9, 2005.

    IT IS SO STIPULATED.

DATED: August 17, 2005                                        McInerney & Dillon PC

By_____/s/_____
Alexander Bannon
Attorneys for plaintiff
Lewis C. Nelson and Sons, Inc.

DATED: August 17, 2005                               McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH LLP

By:_____/s/_____
Marshall C. Whitney
William H. Littlewood
Attorney's for Defendant
County of Fresno

**[PROPOSED ORDER]**

This Court, having read and reviewed the Stipulation Re: Resolution of Discovery Disagreement and good cause appearing therefore, hereby ORDERS as follows:

1. The County shall begin producing, or otherwise make available for inspection and copying, the documents agreed to be produced pursuant to the Parties' Stipulation on or before Friday September 2, 2005.

2. The County shall have produced, or otherwise have made available for inspection and copying, all documents agreed to be produced pursuant to the Parties' Stipulation on or before Friday 9, 2005.

3. The County shall serve via mail its supplemental response to LCN's Request for Production of Documents (Set One) on or before Friday September 9, 2005.

4. The County shall serve via mail its privilege log on or before Friday September 9, 2005.

DATED: August 24, 2005

                                            **/s/ Dennis L. Beck**
                                            Hon. Dennis L. Beck
                                            United States Magistrate Judge