1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| LEWIS C. NELSON AND SONS, INC., | ) | 1:04cv5577 REC DLB |
|---|---|---|
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER EXTENDING |
| | ) | DEPOSITION SCHEDULING |
| v. | ) | |
| | ) | |
| COUNTY OF FRESNO, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

16
17
18
19
20
21
22
23
24
25
26
27
28

On September 27, 2005, Plaintiff requested that the Court continue the deposition of Plaintiff Dwight Nelson, currently set for the week of September 26, 2005.  On September 28, 2005, the parties participated in a telephonic conference with the Honorable Dennis L. Beck, United States Magistrate Judge.

Plaintiff requests a continuance of the deposition pending a ruling on Plaintiff's motion to disqualify Defendant's counsel.  Accordingly, the parties are ORDERED to set Mr. Nelson's deposition for the week of October 17, 2005.  Plaintiff will notify Defendant of a specific date and time within that time frame.  No further extensions will be granted.

IT IS SO ORDERED.

Dated:   **September 28, 2005**                    **/s/ Dennis L. Beck**
3b142a                                             UNITED STATES MAGISTRATE JUDGE

1