IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS C. NELSON AND SONS, INC., ) ) ) ) ) Plaintiff, ) ) vs. ) ) ) COUNTY OF FRESNO, ) ) ) Defendant. ) ) ) | No. CV-F-04-5577 REC/DLB ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR STAY OF DEPOSITION |

　　　　The court hereby denies plaintiff's ex parte motion for a stay of the deposition of Dwight G. Nelson pending a ruling by the Ninth Circuit on plaintiff's petition for a writ of mandate.

　　　　IT IS SO ORDERED.

**Dated:  October 18, 2005**　　　　　　　**/s/ Robert E. Coyle**
668554　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1